THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| JOSEPH LLOYD ELDREDGE JR., ) | Case No. 2:11-CV-539 DS-PMW |
| Petitioner, ) | |
| vs. ) | |
| ) | ORDER |
| SECURITY NATIONAL MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; TITLE ONE, INC.; AND does 1-500, ) | |
| Respondent. ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The Court having considered *de novo* the Report & Recommendation ("R&R") of the Magistrate Judge, and there being no timely objection to the R&R, the Court concludes that the R&R is correct in every material respect and adopts it as the Court's own opinion.

Accordingly, IT IS ORDERED that Defendants' motions to dismiss are granted and Plaintiff's complaint is thereby dismissed with prejudice. The court further orders that any lis pendens Plaintiff has filed in connection with the action be released from the public

record. It is also hereby ordered that Plaintiff's motion to amend his complaint is denied.

DATED this 28th day of February, 2012.

BY THE COURT:

_____
DAVID SAM
SENIOR JUDGE
UNITED STATES DISTRICT COURT